```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0142--CR (JKS)
                              "USA V WILLIAM SHUART"
                            DEF 1.1 SHUART, WILLIAM

            Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 09/17/03
            Closed: 01/13/04
No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: Released on Bond
        Trial date:
        Terminated: YES
Needs interpreter: NO
 Counsel of record: Kevin F. McCoy
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial, Appeal


PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Joseph W. Bottini
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 1.1 SHUART, WILLIAM

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:922(g)(1) & 924(a)(2) FELON IN POSSESSION OF FIREARMS (F) | Sentenced (31-1) |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A03-0142--CR (JKS)
                                 "USA V WILLIAM SHUART"

                                    For all filing dates
```

```
  Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 09/17/03
            Closed: 01/13/04
No. of Defendants: 1
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 09/17/03 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - | 1 | 09/17/03 | [Re: DEF 1] JDR Grand Jury Minutes; Indt secret; WOA to issue; no bail set (det per 18:3142). |
| 3 - | 1 | 09/19/03 | [Re: DEF 1] PLF 1 motion (petition) for writ of H/C ad pros. |
| NOTE - | 1 | 09/23/03 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 9/17/03 by State Officials) |
| NOTE - | 2 | 09/23/03 | Issued: Writ of H/C ad pros. |
| NOTE - | 3 | 09/23/03 | Issued: Proposed Trial Date Setting for arr to JKS CMC. |
| 4 - | 1 | 09/23/03 | [Re: DEF 1] JDR Order granting petition for writ of H/C ad pros (3-1). cc: USA, USM |
| 5 - | 1 | 09/23/03 | [Re: DEF 1] JDR Minute Order that arr is set 9/24/03 at 9:30 a.m.  cc: USA, USM, PO, Def (by USM) |
| NOTE - | 4 | 09/24/03 | Issued: Speedy Trial Notice to Judge Singleton. |
| 6 - | 1 | 09/24/03 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] RE aRR ON iNDT HLD 9/24/03; K.McCoy apptd; def pled not guilty; def deatined; det hrg set for 9/26/03 at 3:30 p.m. before MJ Roberts; cnsl advised of trial date of 10/27/03; PTM's due 10/1/03; oppos due 10/7/03 by 3:30 p.m.; 10/8/03 at 9:30 a.m. reserved for any necessary hrgs. cc: USA, FPD, USM, USPO, Judge Singleton |
| 7 - | 1 | 09/24/03 | [Re: DEF 1] Financial Affidavit. |
| 8 - | 1 | 09/24/03 | [Re: DEF 1] JDR Order of Detention Pending Hearing set for 9/26/03 at 3:30 p.m. before MJ Roberts. cc: USA, FPD, USM, USPO |
| 9 - | 1 | 09/24/03 | [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet & confer by 9/26; PTM's due 10/1/03. cc: USA, FPD |
| 10 - | 1 | 09/24/03 | [Re: DEF 1] JKS Minute Order setting TBJ for 10/27/03 at 9:00 a.m. and FPTC for 10/17/03 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 11 - | 1 | 09/24/03 | [Re: DEF 1] Return of WOA executed at Anchorage, AK on 9/24/03. |
| 12 - | 1 | 09/26/03 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 13 - | 1 | 09/29/03 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re Det Hrg hld 9/26/03; def;s oral mot to release def to 3rd party custodians w/ conditions granted; def to be released when electronic monitoring is in place. w/att witness list. cc: USA, FPD, USM, USPO |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A03-0142--CR (JKS)
                              "USA V WILLIAM SHUART"

                              For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 14 - | 1 | 09/29/03 | [Re: DEF 1] Appearance and Compliance Bond of $7,500 unsecured. |
| 15 - | 1 | 09/29/03 | [Re: DEF 1] Order setting conditions of release re appearance & complaince bond set at $7,500. unsecured; Mike and Beverly McGinnis approved as 3rd party custodians. cc: USA, FPD, USM, USPO |
| 16 - | 1 | 09/29/03 | [Re: DEF 1] JDR Order of Release re def to be release 9/29/03. cc: USA, FPD, USM, USPO |
| 17 - | 1 | 09/30/03 | [Re: DEF 1] JKS Minute Order vacating FPTC for 10/17/03 and resetting to 10/24/03 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 18 - | 1 | 10/01/03 | USM Return of svc on writ of HC AD Prosequendum re: DEF 1 executed on 9/23/03. |
| 19 - | 1 | 10/03/03 | [Re: DEF 1] AHB Minute Order that ptm ddln expired 10/1/03; no mots have been filed; 10/8/03 evid deemed unnecessary and is therefore VACATED. cc: USA, FPD, USM, PO |
| 20 - | 1 | 10/14/03 | DEF 1 Notice of intent to change plea and request to continue bail conditions. |
| 21 - | 1 | 10/15/03 | [Re: DEF 1] JKS Minute Order setting PCOP for 10/24/03 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 22 - | 1 | 10/24/03 | [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] PCOP/FPTC held 10/24/03; def changed plea to guilty on ct 1 of the Indt; IOS set for 01/09/04 at 9:00 a.m.; TBJ set for 10/27/03 vacated. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 23 - | 1 | 01/05/04 | DEF 1 Sentencing Memorandum w/att exhs. |
| 24 - | 1 | 01/05/04 | DEF 1 motion on shortened time for evidentiary hearing w/att aff. |
| 25 - | 1 | 01/05/04 | DEF 1 motion on shortened time for order authorizing clerk to accept video tape for filing. |
| 26 - | 1 | 01/05/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 24 - | 2 | 01/06/04 | [Re: DEF 1] JKS Order granting mot on shortened time for evid hrg (24-1). cc: USA, FPD, USPO |
| 27 - | 1 | 01/06/04 | [Re: DEF 1] JKS Order granting mot on shortened time for order authorizing clerk to accept video tape for filing (25-1). cc: USA, FPD |
| 28 - | 1 | 01/12/04 | [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter] Evid Hrg/IOS Held 01/09/04; def sentenced to one month in prison w/recommendation for placement to be at a CCF; 36 mos SR; $100 SA w/att wit & exh list. |
| 29 - | 1 | 01/12/04 | DEF 1 Unopposed motion on shortened time to modify conditions of release pending self-surrender. |
| 30 - | 1 | 01/13/04 | [Re: DEF 1] JKS Order granting unopposed mot on shortened time to modify COR pending self-surrender (29-1). cc: USA, FPD, USM, USPO |
| 31 - | 1 | 01/13/04 | [Re: DEF 1] JKS Judgment pleaded guilty to cts 1 of Indt (1-1); def sentenced to 1 mo in prison; 36 mos SR; $100.00 SA. cc: USA, FPD, Def |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A03-0142--CR (JKS)
                              "USA V WILLIAM SHUART"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | w/cnsls cy, USM, USPO, MJ Branson, Finance, FLU |
| 32 - | 1 | 01/14/04 | DEF 1 Second unopposed motion on shortened time to modify conditions of release pending self-surrender w/att aff. |
| 33 - | 1 | 01/14/04 | [Re: DEF 1] JKS Order granting second unopposed mot on shortened time to modify COR (32-1). cc: USA, FPD, USM, USPO |
| NOTE - | 5 | 02/05/04 | Transmittal: Forwarded notice of appeal (34-1) to 9CCA. |
| 34 - | 1 | 02/05/04 | PLF 1 appeal (re: DEF 1) to 9CCA of (31-1) filed 01/13/04. cc: K. McCoy, Joe Bottini, Judge Singleton, USM, USPO, 9CCA |
| 35 - | 1 | 02/05/04 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (34-1) cc: K. McCoy, J. Bottini, ECR, 9CCA (original) |
| 36 - | 1 | 02/17/04 | [Re: DEF 1] Transcript re: Evidentiary Hrg/IOS held 1/9/04. |
| 37 - | 1 | 02/17/04 | DEF 1 cross- appeal to 9CCA of (31-1) filed 01/13/04. cc:USA, FPD, Judge Singleton, 9CCA, USM, USPO |
| NOTE - | 6 | 02/18/04 | Transmittal: Forwarded notice of appeal (37-1) to 9CCA. |
| 38 - | 1 | 02/18/04 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (37-1) cc:USA, FPD, USM, PO, Judge Singleton, ECR, 9CCA Original |
| 39 - | 1 | 02/20/04 | DEF 1 Transcript Designation Form re: notice of appeal (37-1); transcript already on file. No order form submitted. |
| 40 - | 1 | 03/25/04 | DEF 1 motion for order directing payment of witness fees pursuant to rule 17(b) w/att aff. |
| 41 - | 1 | 04/08/04 | [Re: DEF 1] 9CCA Final Order re: notice of appeal (34-1), (37-1) that the parties' motions for voluntary dismissal of these cross-appeals are granted. Appeal no. 04-30052 and cross-appeal no. 04-30096 are dismissed. Certified cy of this order sent to district court shall constitute the mandate. cc: J. Bottini, K. McCoy, Judge Singleton |
| 42 - | 1 | 04/19/04 | [Re: DEF 1] JKS Order granting mot for order directing payment of wit fees pursuant to rule 17(b) (40-1); U.S. Marshals Office shall pay wit fees to Kathy Covel and Kim Mueller. cc: USA, FPD, USM, USPO |