Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.   Case No. A03-0142-CR (JKS)

William Shuart

On March 15, 2004, the above-named was placed on supervised release for a period of 3 years. The defendant has completed almost 2 years of his 3 years term of supervised release. Additionally the defendant has paid in full all of his criminal financial penalties, has submitted urine specimens on a regular basis all of which have tested negative for illegal drugs, and has no other violations. The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that William Shuart be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

Beth A. Mader
U.S. Probation/Pretrial Services Officer

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 7th day of February, 2006.

James K. Singleton
Senior U.S. District Court Judge